485 F.2d 1236
 73-2 USTC P 9778
 HYDROMETALS, INC., Petitioner-Appellant,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
 No. 73-2591 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 9, 1973.
 
 J. W. Bullion, Buford P. Berry, Dallas, Tex., for petitioner-appellant.
 Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Jonathan S. Cohen, Tax. Div., Dept. of Justice, Lawrence B. Gibbs, Acting Chief Counsel, Michael B. Frosch, Int. Rev. Service, William S. Estabrook, III, Tax. Div., Dept. of Justice, Washington, D. C., K. Martin Worthy, Chief Counsel, Int. Rev. Service, W. B. Riley, Regional Counsel, W. J. Blackshear, Atty., Dallas, Tex., for respondent-appellee.
 Before THORNBERRY, GOLDBERG and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 Upon consideration of the briefs and record, we affirm on the findings and opinion of the Tax Court.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I